UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 2:19 CR 36 |
| ) | |
| MARK W. BROWN ) | |

## ACCEPTANCE OF PLEA OF GUILTY AND ADJUDICATION

Pursuant to the Report and Recommendation of the United States Magistrate Judge (DE # 19), to which the defendant has not objected, and subject to this court's consideration of the Plea Agreement pursuant to Federal Rule of Criminal Procedure 11(c)(3), the Magistrate Judge's findings are now **ADOPTED**, defendant's plea of guilty to the offense charged in Count 2 of the Indictment is now hereby **ACCEPTED**, and defendant is **ADJUDGED GUILTY** of that offense. A sentencing date will be set under separate order.

**SO ORDERED.**

Date: July 12, 2019

s/James T. Moody
JUDGE JAMES T. MOODY
UNITED STATES DISTRICT COURT